FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Aug 04, 2025_____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v.  )<br>)<br>JUAN JOSE MOLINA-SIFUENTES  )<br>*Defendant* | Case No.   3:25-mj-452 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of July 30, 2025, in the county of Jefferson, in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 | 1326(a) and b)(1) |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint, incorporated as if fully set forth herein.

**x**   Continued on the attached sheet

*Nicholas Austin*
_____
*Complainant's signature*

Nicholas Austin, Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the Requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/04/2025

_____
*Judge's Signature*

City and State:  Louisville, Kentucky          Regina S. Edwards, U.S. Magistrate Judge
                                                *Printed name and title*

**Affidavit in Support of Criminal Complaint for Juan Jose MOLINA-Sifuentes**

Your Affiant, Deportation Officer Nicholas Austin, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, deposes and says:

### Introduction

1. I am a law enforcement officer of the United States (U.S.) within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code (U.S.C.) § 1326.

2. I am a Deportation Officer (DO) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been so employed since July of 2022 and I am presently assigned to the Louisville, Kentucky (KY) sub-office of Chicago. Prior to that, I was a United States Border Patrol Agent on the southern border for fifteen (15) years. My duties include the enforcement of various violations of immigration and criminal laws. I have attended the United States Border Patrol Academy in Artesia, New Mexico, where training was conducted pertaining to these types of investigations as well as the enforcement of both criminal and immigration laws.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a criminal arrest warrant.

## Results of Investigation

5. On July 30, 2025, while conducting Criminal Alien Program Operations within the Louisville, KY area of operations, Deportation Officer (DO) Cloyd encountered Juan MOLINA after he was arrested locally for CRIMINAL POSS OF FORGED INSTR 1ST DEGREE, DRUG PARAPHERNALIA - BUY/POSSESS and several other traffic violations. A detainer was placed, and the subject was later arrested by DO Cloyd of ICE ERO Louisville on August 1, 2025, after the subject was released from his local charges. Case No. 25-F-005774.

6. MOLINA's biometric information and fingerprints were taken at the time of his arrest when he was booked into the Louisville Metro Detention Center. A positive biometric match returned to Juan Jose MOLINA-Sifuentes. DO Cloyd positively identified MOLINA, as the man that was in custody through records

checks as previously removed Mexican citizen and the subject of Alien Registration Number A200 565 380 and FBI/Universal Control Number 147631NC5.

7. MOLINA is a citizen and native of Mexico with no approved or pending applications or petitions to enter or remain in the U.S. filed by him or on his behalf.

8. MOLINA's immigration file, also known as an "A-File," was requested from USCIS. DHS and DOJ service indices were used to confirm the accuracy of the information contained within this affidavit.

9. MOLINA's biometric data was a positive match for the following immigration history:

On or about January 14, 2011, ICE ERO encountered MOLINA at Clark County Jail in Indiana. ERO issued MOLINA a Notice to Appear pursuant to 212(a)(6)(A)(i) of the INA Act. At that time, MOLINA requested a hearing before an Immigration Judge. On or about September 17, 2012, an Immigration Judge granted MOLINA a Voluntary Departure to Mexico on or before January 15, 2013, in lieu of removal without expense to the government. According to databases, MOLINA did not provide travel documentation to DHS which confirmed lawful entry into Mexico on or before the above date given by the Immigration Judge. Therefore, the order of Voluntary Departure was withdrawn and the order of removal to Mexico became immediately effective.

10. On November 18, 2018, ERO Louisville officers arrested MOLINA upon his release from the Louisville Metro Department of Corrections for an arrest for traffic violations. Due to MOLINAS's outstanding removal order, ICE processed him for removal. On December 14, 2018, ERO removed MOLINA to Mexico.

11. On March 04, 2019, U.S Border Patrol (USBP) agents arrested MOLINA for illegal entry near the Santa Teresa, Arizona and served him with a Reinstatement of Prior Removal Order, Form I-871. On July 31, 2019, ERO removed MOLINA to Mexico.

12. DHS databases checks confirmed that MOLINA was a positive match for the following criminal arrests/convictions:

On May 13, 2019, MOLINA was convicted in the United States District Court, District of New Mexico for the offense of Reentry of a Removed Alien - 8 USC 1326(a) and (b). MOLINA was sentenced to a term of 150 days imprisonment. Case No: 2:19CR01080

### Conclusion

11. Based on the information contained in this affidavit, I believe there is probable cause to support the conclusion that Juan Jose MOLINA-Sifuentes, is a noncitizen who has been located in the United States in Jefferson County, in the Western District of KY, on July 30, 2025, after having been previously removed from the United States in violation of Title 8 of the U.S.C, § 1326(a) and (b)(1).

_Nicholas Austin_
Nicholas Austin
Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations
Louisville, KY

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this __4th__ day of August, 2025.

_____
Hon. Regina S. Edwards
United States Magistrate Judge

5